DAVID L. EDWARDS (State Bar No. 105638)
LAW OFFICE OF DAVID L. EDWARDS
2040 Shasta Street, Suite D
Redding, CA  96099
Telephone: (530) 221-0694

Attorneys for Plaintiff
GAYLE SMITH

CYNTHIA MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MEGAN BARKER (State Bar No. 245991)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:       cmellema@sonnenschein.com
             jbutler@sonnenschein.com
             mbarker@sonnenschein.com

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GAYLE SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY;<br>Does 1 through 20, inclusive<br><br>    Defendants. | No. 2:10-cv-02290 FCD (CMK)<br><br>**STIPULATION AND ORDER FOR FILING FIRST AMENDED ANSWER** |

-1-

Case No. 2:10-cv-02290-FCD-CMK

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 15(a)(2), that Allstate Indemnity Company may file a First Amended Answer.

IT IS SO STIPULATED.

Dated:  September __, 2010

SONNENSCHEIN NATH & ROSENTHAL LLP

By  /s/  _____
        DAVID L. EDWARDS

Attorneys for Plaintiff
GAYLE SMITH

Dated:  September __, 2010

SONNENSCHEIN NATH & ROSENTHAL LLP

By  /s/  _____
        JEFFRY BUTLER

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

**IT IS SO ORDERED.**

Dated:  September 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

-2-

Case No. 2:10-cv-02290-FCD-CMK