UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GAYLE SMITH,                              NO. 2:10-cv-2290 FCD CMK

       Plaintiff,

  v.                                      <u>ORDER AND ORDER TO SHOW CAUSE</u>
                                          <u>RE SANCTIONS</u>

ALLSTATE INDEMNITY COMPANY,

       Defendant.

----oo0oo----

    1.   The hearing on Defendant's Motion to Stay (Docket No. 15) is continued to February 11, 2011, at 10:00 a.m.  Plaintiff shall file and serve her opposition brief or notice of non-opposition no later than January 28, 2011.  The defendant may file and serve a reply on or before February 4, 2011.

    2.   Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 230(c).

    3.   Plaintiff's counsel shall file his response to the order to show cause on or before January 28, 2011.

4.  A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: January 4, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE